IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Mumin Israfil, :

    Plaintiff : Civil Action 2:10-cv-00132

v. : Judge Sargus

Mona Parks, : Magistrate Judge Abel

    Defendant :

**ORDER**

Plaintiff Mumin Israfil, a prisoner at the Lebanon Correctional Institution, brings this action alleging that defendant Mona Parks denied him due process when she denied an appeal he made from the disposition of a grievance, refusing to consider his argument that statements relied upon by the institutional inspector were false and/or misleading. This matter is before the Court on plaintiff's February 25, 2010 objections (doc. 10) to Magistrate Judge Abel's February 17, 2010 Report and Recommendation (doc. 6) recommending that plaintiff's February 10, 2010 motion for a temporary restraining order (doc. 2) be denied.

Upon *de novo* review as required by 28 U.S.C. §636(b)(1)(B) the objections are OVERRULED.

Plaintiff's objections concede that defendant Parks did deny him transportation to a medical appointment. Instead, he maintains that she learned he had a meritorious grievance concerning denial of transportation to a medical appointment and did nothing about it. He does not explain what she could have done or how her failure to do it caused him harm. As the Magistrate Judge stated, prison officials whose only roles "involve their denial of administrative grievances and their failure to remedy the alleged retaliatory behavior" can-

not be liable under §1983 for depriving an inmate of the constitutional right that is the subject of the grievance. *See, Shehee v. Luttrell*, 199 F.3d 295, 300 (6th Cir. 1999); *see also, Bellamy v. Bradley*, 729 F.2d 416, 421 (6th Cir. 1984); *Hays v. Jefferson County*, 668 F.2d 869, 874 (6th Cir. 1982). The fact that Parks is also a nurse--who was not involved in any way in the conduct underlying plaintiff's grievance--does not render her conduct as a grievance officer actionable under 42 U.S.C. § 1983.

Accordingly, plaintiff's motion for a temporary restraining order (doc. 2) is **DENIED.**

3-3-2010
Edmund A. Sargus, Jr.
United States District Judge