AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MUMIN ISRAFIL,**

       **Plaintiff,**

                                **JUDGMENT IN A CIVIL CASE**

**v.**

**MONA PARKS,**                    **CASE NO.  C2-10-132**
                                       **JUDGE EDMUND A. SARGUS, JR.**
      **Defendant.**           **MAGISTRATE JUDGE MARK R. ABEL**

____ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed June 22, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: June 22, 2011                        JAMES BONINI, CLERK

                                                          _/S/ Andy F. Quisumbing_
                                                           (By) Andy F. Quisumbing
                                                           Courtroom Deputy Clerk